UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 CV 4513 |
| v. | ) ) ) | Honorable Judge Amy J. St. Eve |
| MHC MEDICAL PRODUCTS, LLC, and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Glen Ellyn Pharmacy, Inc. ("Plaintiff"), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **GLEN ELLYN PHARMACY, INC.** | **MHC MEDICAL PRODUCTS, LLC** |
| /s/ Dulijaza Clark | /s/ Richard T. Lauer |
| By One of Its Attorneys | By One of Its Attorneys |
| Dulijaza (Julie) Clark | Richard T. Lauer |
| EDELMAN, COMBS, LATTURNER & Goodwin, LLC | Robbins, Kelly, Patterson & Tucker |
| 120 S. LaSalle Street, 18th Floor | 7 West 7th Street, Suite 1400 |
| Chicago, IL 60603 | Cincinnati, OH 45202 |
| Telephone: 312/739-4200 | Telephone: 513-721-3330 |
| Facsimile: 312/419-0379 | Facsimile: 513-721-5001 |

**CERTIFICATE OF SERVICE**

       I, Dulijaza Clark, certify that on August 24, 2012, I caused a true and accurate copy of the foregoing document to be served via Electronic Mail and US Mail on the following party:

>Richard T. Lauer
>Robbins, Kelly, Patterson & Tucker
>7 West 7th Street, Suite 1400
>Cincinnati, OH 45202
>RLauer@RKPT.com

                                                      /s/ Dulijaza Clark
                                                      Dulijaza Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)