# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Glen Ellyn Pharmacy, Inc.

                                        Plaintiff,

v.                                                          Case No.: 1:12−cv−04513

                                                                             Honorable Amy J. St. Eve

MHC Medical Products, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 24, 2012:

      MINUTE entry before Honorable Amy J. St. Eve: Pursuant to the parties' stipulation to dismiss, plaintiff's individual claims against defendant MHC Medical Products, LLC are dismissed with prejudice. Plaintiff's class claims against defendant MHC Medical Products, LLC are dismissed without prejudice. Defendant John Does 1−10 are dismissed without prejudice. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.